FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW, ☩            )
        *Plaintiff*            )
                    )
        v.            )      Civil Action No.  1:20-cv-2674
UNITED STATES DEPARTMENT OF            )
COMMERCE, et al., ☩            )
        *Defendant*            )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

        Department of Commerce
        1401 Constitution Avenue, NW
        Washington, DC 20230

     A lawsuit has been filed against you.

     Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick Carome
        WILMER CUTLER PICKERING
         HALE AND DORR LLP
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        (202) 663-6000
        Patrick.Carome@wilmerhale.com

     If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
                    *Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: