# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW,

    *Plaintiff*,

v.

DEPARTMENT OF COMMERCE *et al.*,

    *Defendants*.

Civil Action No. 20-2674 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 12, is **GRANTED IN PART** and **DENIED PART.** It is **FURTHER ORDERED** that:

1. Defendants, with the exception of OLC, shall process parts 1–3 of Plaintiff's requests and produce responsive, non-exempt records and related *Vaughn* indices on a rolling basis to be completed by January 11, 2021;

2. The parties shall promptly meet and confer to agree on a process and schedule to accomplish the above, taking into account the Brennan Center's priorities; and

3. The parties shall file a joint status report by November 9, 2020, summarizing the results of their discussions, and noting any disagreements, which the Court will resolve promptly.

**SO ORDERED.**

/s/ Timothy J. Kelly<br>
TIMOTHY J. KELLY<br>
United States District Judge

Date: October 30, 2020