**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-02674 (TJK) |

**DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME**

Defendant the Census Bureau hereby respectfully asks the Court for a second extension of time for it to fully comply with the Court's instructions with regard to the Freedom of Information Act ("FOIA") request submitted by Plaintiff Brennan Center ("Plaintiff").  On January 21, 2021, the Census Bureau and the Department of Commerce finished their final releases with regard to parts 1-3 of Plaintiff's FOIA requests, as instructed by the Court's January 11, 2021 minute order. In addition, the Department of Commerce provided Plaintiff with a final Vaughn index and the Census Bureau provided Plaintiff with a revised version of its initial Vaughn index, in response to Plaintiff's inquiries.  The Census Bureau, however, has not been able to complete its final Vaughn index.  Accordingly, the Census Bureau respectfully asks the Court for an extension of two business days, until January 25, 2021, to provide its final Vaughn index to Plaintiff.

The Census Bureau is cognizant of the Court's standing order with regard to extension motions and apologizes for not seeking this partial relief four days in advance of the current deadline.  The Census Bureau endeavored to fully satisfy its obligations, but its document processing obligations in this case and others prevented it from perfecting the final Vaughn index

1

by today's deadline.  The Census Bureau apologizes to the Court and Plaintiff's counsel for any inconvenience this request may cause.

Pursuant to Local Rule 7(m), undersigned counsel attempted to contact Plaintiff's counsel to determine Plaintiff's position regarding this extension motion.  Because of the late nature of Defendants' correspondence, undersigned counsel was unable to discuss the instant request with Plaintiff's counsel or obtain Plaintiff's position.

Dated: January 21, 2021

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Program Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Senior Counsel (PA Bar No. 203986)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 353-0889
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*