# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRENNAN CENTER FOR JUSTICE<br>AT NYU SCHOOL OF LAW,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>COMMERCE, *et al.*,<br><br>   Defendants. | Civil Action No. 1:20-cv-02674-TJK |

**RESPONSE TO DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME**

  Plaintiff Brennan Center for Justice at NYU School of Law does not oppose Defendants' Second Motion for Extension of Time, including the Defendant Census Bureau's request for a two business-day extension to provide its final *Vaughn* index to Plaintiff.

Dated: January 22, 2021

                Respectfully submitted,

                */s/ Patrick J. Carome*
                Patrick J. Carome (D.C. Bar No. 385676)
                WILMER CUTLER PICKERING
                 HALE AND DORR LLP
                1875 Pennsylvania Avenue NW
                Washington, DC 20006
                (202) 663-6000
                Patrick.Carome@wilmerhale.com

                Caitlin W. Monahan*
                Mikayla C. Foster*
                Rieko H. Shepherd*
                WILMER CUTLER PICKERING
                 HALE AND DORR LLP
                60 State Street
                Boston, MA 02109
                (617) 526-6000
                Caitlin.Monahan@wilmerhale.com

Mikayla.Foster@wilmerhale.com
Rieko.Shepherd@wilmerhale.com

Jared V. Grubow*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Jared.Grubow@wilmerhale.com

\* *Pro hac vice*

*Counsel for Plaintiff the Brennan Center for
  Justice at NYU School of Law*

2