UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-02674-TJK |

**NOTICE OF WITHDRAWAL OF CAITLIN W. MONAHAN AS COUNSEL OF RECORD**

I, Caitlin W. Monahan, respectfully withdraw my appearance for plaintiff the Brennan Center for Justice at NYU School of Law in this matter. Plaintiff will continue to be represented by all other counsel who have entered appearances on its behalf.

Dated: February 3, 2021

Respectfully submitted,

*/s/ Caitlin W. Monahan*
Caitlin W. Monahan (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Caitlin.Monahan@wilmerhale.com

*Counsel for Plaintiff the Brennan Center for Justice at NYU School of Law*